UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO. 5:21-cv-00111-MW-MJF

ADAM KILLICK,

    Plaintiff,

v.

HARBOR FREIGHT TOOLS USA INC.,

    Defendant.

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Harbor Freight Tools USA, Inc. ("Harbor Freight"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Initial Scheduling Order (D.E. 4), files its Corporate Disclosure Statement and states as follows:

1.     Harbor Freight is a Defendant in this action.

2.     Harbor Freight is a privately-held company whose parent company is HFT Holdings, Inc. There are no publically held corporations that own 10% or more of its stock.

Dated: June 8, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court on June 8, 2021 using the CM/ECF

system which sends a Notice of Electronic Filing Electronic Filing to all counsel of record.

        **CARLTON FIELDS**

        */s/Ashley C. Drumm*
        Ryan S. Cobbs (FBN: 912611)
        rcobbs@carltonfields.com
        Ashley C. Drumm (FBN: 85845)
        adrumm@carltonfields.com
        525 Okeechobee Blvd., Suite 1200
        West Palm Beach, FL 33401
        Tel: (561) 659-7070
        Fax: (561) 659-7368

        *Counsel for Defendant Harbor Freight Tools USA, Inc.*