IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADAM KILLICK,**

   *Plaintiff*,

v.                                      Case No.: 5:21cv111-MW/MJF

**HARBOR FREIGHT TOOLS
USA, INC.,**

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 112. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 112, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to remand, ECF No. 103, is **DENIED**. This matter is referred to the Magistrate Judge for further proceedings.

**SO ORDERED on September 22, 2022.**

                                                       <u>s/Mark E. Walker</u>
                                                       **Chief United States District Judge**