IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADAM KILLICK,

   *Plaintiff*,

v.                                 Case No.: 5:21cv111-MW/MJF

HARBOR FREIGHT TOOLS
USA, INC.,

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 136. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 136, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for summary judgment, ECF No. 126, is **DENIED**.

SO ORDERED on February 8, 2023.

                                               <u>s/Mark E. Walker</u>
                                               **Chief United States District Judge**