IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADAM KILLICK,

    *Plaintiff*,

v.                                          Case No.: 5:21cv111-MW/MJF

HARBOR FREIGHT TOOLS
USA, INC.,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 135. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 135, is **accepted and adopted** as this Court's opinion. Defendant's motion for summary judgment, ECF No. 78, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED with prejudice**." The pending motions, ECF Nos. 117 and 118, are

**DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on February 8, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**

2